UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:            In Bankruptcy:

**GALE ANNE KENYON**        Case No. 17-57554-mbm
                                                  Chapter 7
            Debtor                        Hon. Marci B. McIvor
_____/

## ORDER AUTHORIZING EMPLOYMENT OF CLAYSON, SCHNEIDER & MILLER, P.C. AS COUNSEL FOR CHAPTER 7 TRUSTEE

The Trustee, Timothy J. Miller, having filed an Application to Employ Clayson, Schneider, & Miller, P.C. as Counsel for the Trustee with attached Statement of Disinterestedness, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that employment of Clayson, Schneider, & Miller, P.C. and its attorneys, including Peter F. Schneider as counsel for the Chapter 7 Trustee is approved pursuant to the terms and conditions set forth in the Application and its supporting Statement of Disinterestedness. Compensation may be paid upon proper application and only after court authorization.

**Signed on January 22, 2018**



/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge